### 11111.   HENDERSON *v.* LEVITON.

BLOODWORTH, J.   There is no merit in any of the special grounds of the motion for new trial; the verdict was based on conflicting evidence, was satisfactory to the trial judge, and must be to this court.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

DECIDED APRIL 14, 1920.

Trover; from Echols superior court — Judge Thomas.   October 4, 1919.

*J. B. Hicks, W. T. Dickerson, S. Burkhalter,* for plaintiff in error.

*Franklin & Langdale, E. K. Wilcox,* contra.